ACCEPTED
06-15-00027-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
6/10/2015 8:55:35 AM
DEBBIE AUTREY
CLERK

06-15-00027-CV

No. _____

_____

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
6/10/2015 8:55:35 AM
DEBBIE AUTREY
Clerk

## In the Court of Appeals

## Sixth Judicial District

## Texarkana, Texas

_____

## *In re* STACEY DIANE SARTOR, Relator

_____

## PETITION FOR WRIT OF MANDAMUS

Marianne Howland
State Bar No. 24055693
Glen Wietzel
State Bar No. 24047704
1940 Forest Ln.
Garland, TX 75042
Tel: 214.288.1731
Fax: 214.853.5835
mhowland@dfwcustody.com

_____
ATTORNEYS FOR RELATOR

*Identity of Parties and Counsel*

The following is a list of all parties and all counsel who have appeared in this matter:

Relator: STACEY DIANE SARTOR

Attorneys for Relator in the trial court: Marianne Howland, 1940 Forest Ln., Garland, TX 75042, State Bar No. 24055693 and Glen Wietzel, 1940 Forest Ln., Garland, TX 75042, State Bar No. 24047704.

Respondent: ERIC CLIFFORD

Attorney for Respondent in the trial court: N/A

Real party in interest: JASON SARTOR

Attorney for real party in interest in the trial court: Jennifer Gibo, 109 1st Street SE, Paris, Texas 75460, State Bar No. 24032343.

*Table of Contents*

*Index of Authorities*                                                    iv

PETITION FOR WRIT OF MANDAMUS                                     1

I.     Statement of the Case                                         4

II.    Statement of Jurisdiction                                     4

III.   Issues Presented                                             4

       Issue No. 1

IV.    Statement of Facts                                           4

V.    Argument and Authorities    5

    A.    Standard of Review: Availability of Mandamus Relief    6

    B.    Issue No. 1: Respondent abused his discretion when he denied Motion to Transfer Venue    6

*Prayer*

*Certification*

*Certificate of Service*

APPENDICES: The following documents are attached to this petition and incorporated in it for all purposes.

Appendix A:    Affidavit of STACEY DIANE SARTOR

Appendix B:Attached to this petition are the following documents:

1.    A certified copy of Defendant's Notice of Motion and Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue, or, in the Alternative, to Transfer Venue.

2.    A certified copy of the Order Denying the Motion to Transfer signed by Respondent.

Appendix C:Affidavit of Marianne Howland and Glen Wietzel with attached exhibits: A and B.

*Statement of the Case*

1.  The underlying suit is a suit to modify parent-child relationship, in which Relator filed a motion to transfer venue.

2.  Respondent denied Relator's motion to transfer venue on May 5, 2015.

3.  Respondent is ERIC CLIFFORD, Judge of the 6TH Judicial District Court of Lamar County, Texas, whose address is 119 N. Main St. Paris, Texas 75460.

*Statement of Jurisdiction*

This Court has jurisdiction to issue a writ of mandamus under section 6 of article V of the Texas Constitution and section 22.221(a) of the Texas Government Code.

*Issues Presented*

Issue No. 1: Respondent abused his discretion and failed to perform his mandatory ministerial duty when he denied Defendant's Notice of Motion and Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue, or, in the Alternative, to Transfer Venue.

*Statement of Facts*

Relator, STACEY DIANE SARTOR, resides in Hunt County, Texas with the children the subject of this suit. Relator has resided in Hunt County with the children for more than six months. These facts are undisputed.

JASON SARTOR resides in Kansas. It is undisputed that JASON SARTOR resides in Kansas.

None of the parties to this case reside in Lamar County, Texas.

Relator timely filed Defendant's Notice of Motion and Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue, or, in the Alternative, to Transfer Venue. JASON SARTOR failed to file a controverting affidavit in response to the Motion to Transfer Venue. Respondent, Judge Eric Clifford, heard the motion on March 20, 2015 at 10:00 a.m. Respondent denied Relator's motion even though Respondent had a mandatory ministerial duty to transfer the case to Hunt County, Texas, where the children the subject of this suit have resided for more than six months.

Respondent issued an Order Denying Motion to Transfer on May 5, 2015. Relator requested Findings of Fact on May 29, 2015. Respondent has not provided his Findings of Fact.

*Argument and Authorities*

A. Standard of Review: Availability of Mandamus Relief.

Requisites of mandamus relief are a showing of (1) a legal duty to perform a nondiscretionary act, (2) a demand for performance of a nondiscretionary act, and (3) a refusal to perform after such demand was made. *Erbs v. Bedard*, 760 S.W.2d 750, 755 (Tex. App.--Dallas 1988) (orig proceeding). Mandamus relief is

available when under the circumstances of the case the facts and law permit the trial court to make but one decision--and the trial court has refused to make that decision--and remedy by appeal to correct the ruling is inadequate. *Proffer v. Yates*, 734 S.W.2d 671, 673 (Tex. 1987) (orig. proceeding).

Mandamus is available to compel mandatory transfer in suits affecting the parent-child relationship. *Proffer*, 734 S.W.2d at 672; *Arias v. Spector*, 623 S.W.2d 312, 313 (Tex. 1981) (orig. proceeding). Transfer of a case to a county where the child has resided for more than six months is a mandatory ministerial duty under section 11.06(b) (now section 155.201) of the Texas Family Code. *Proffer*, 734 S.W.2d at 673. Parents and children who have a right under the mandatory venue provisions to venue in a particular county should not be forced to go through a trial that is for naught. *Proffer*, 734 S.W.2d at 673. Justice demands a speedy resolution of child custody and child support issues. *Proffer*, 734 S.W.2d at 673.

B.    Issue No. 1

Relator should be granted relief because the trial judge abused his discretion in denying the motion to transfer venue. The trial judge failed to perform his mandatory ministerial duty to transfer the case to Hunt County, Texas.

*Prayer*

Relator prays that this Court issue its writ of mandamus commanding the

Venue, or, in the Alternative, to Transfer Venue and ordering the trial court to grant Relator's Motion to Transfer and transfer the case to Hunt County, Texas.

Law Office of Marianne Howland
1940 Forest Ln.
Garland, TX 75042
mhowland@dfwcustody.com

By:_____
Marianne Howland and Glen Wietzel
State Bar No. 24055693
Attorney for Relator

## Certification

I certify that I have reviewed the above petition and have concluded that every factual statement in the petition is supported by competent evidence included in the attached appendix or record.

_____
STACEY DIANE SARTOR

## Certificate of Service

I certify that a true copy of this Petition for Writ of Mandamus was served in accordance with rule 9.5 of the Texas Rules of Appellate Procedure on each party or that party's lead counsel as follows:

accordance with rule 9.5 of the Texas Rules of Appellate Procedure on each party or that party's lead counsel as follows:

Party: JASON SARTOR

Lead attorney: Jennifer Gibo

Address of service: 119 1st Street SE, Paris, Texas 75460

Method of service: via facsimile: 903-905-4966

Date of service: June 11, 2015

A copy of this notice is being filed with the appellate clerk in accordance with rule 25.1(e) of the Texas Rules of Appellate Procedure.

_____
Marianne Howland
Glen Wietzel
Attorneys for Relator

*Appendix A:* Affidavit of STACEY DIANE SARTOR

STACEY DIANE SARTOR appeared in person before me today and stated under oath:

"My name is STACEY DIANE SARTOR. I am above the age of eighteen years of age, and I am fully competent to make this affidavit. I am the Relator in this Petition for Writ of Mandamus. The facts stated in this affidavit are within my personal knowledge and are true and correct.

I have resided in Hunt County with the children the subject of this suit since May 2014.

I filed my Defendant's Notice of Motion and Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue, or, in the Alternative, to Transfer Venue on December 9, 2014 and I appeared at the hearing on March 20, 2015 at 10:00 a.m. Judge Eric Clifford did not take testimony from JASON SARTOR on this issue. Judge Eric Clifford verbally denied my motion and then issued an order denying my motion on May 5, 2015.

_____
STACEY DIANE SARTOR

SIGNED under oath before me on ___03 June 2015_____.

R. JORDAN
Notary Public
State of Texas
My Comm. Expires 10-30-2018

_____
Notary Public, State of Texas

*Appendix B:* This appendix contains the following:

1.  A certified copy of the Motion to Transfer.

2.  A certified copy of the Order Denying the Motion to Transfer signed by Respondent.

*Appendix C:* Affidavit of Marianne Howland

Marianne Howland appeared in person before me today and stated under oath:

"My name is Marianne Howland. I am above the age of eighteen years of age, and I am fully competent to make this affidavit. I am one of the attorneys representing Relator, STACEY DIANE SARTOR, in this Petition for Writ of Mandamus. I am licensed to practice law in the state of Texas. I have thoroughly reviewed the Court's file in this matter. The facts stated in this affidavit are within my personal knowledge and are true and correct.

"Attached to this affidavit are true and correct copies of the following pleadings:

Motion to Transfer Venue

Order Denying Motion to Transfer Venue

_____
Marianne Howland

SIGNED under oath before me on _9th, June, 2015_ .

NANCY VALDEZ
Notary Public, State of Texas
My Commission Expires
July 30, 2017

_Nancy Vdz_
Notary Public, State of Texas

## RESPONSE TO FAMILY LAW CITATION 83894

TO:

| | |
|---|---|
| **CLERK OF THE COURT** | **RESPONDING** |
| **MARVIN ANN PATTERSON** | **STACEY DIANE SARTOR** |
| 119 N. MAIN, ROOM 405 | 3201 KARI LN, APT 51 |
| PARIS, TX 75460 | GREENVILLE, TX 75405 |

**DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND IMPROPER VENUE, OR, IN THE ALTERNATIVE, TO TRANSFER VENUE**

This response is issued to the 6th District Court of Lamar County, Texas to be filed no later than 10 o'clock A.M. of the Monday next after the expiration of twenty days after the date of service of this citation, received **NOVEMBER 19, 2014** to the **ORIGINAL PETITION IN SUIT AFFECTING THE PARENT-CHILD RELATIONSHIP SEEKING MODIFICATION OF OUT-OF-STATE ORDER** filed in said court on **October 23, 20014**, numbered **83894**, on the docket of said court, and styled:

**IN THE INTEREST OF**

**A.S. AND J.S.,**

**MINOR CHILDREN**

A copy of the **ORIGINAL PETITION IN SUIT AFFECTING THE PARENT-CHILD RELATIONSHIP SEEKING MODIFICATION OF OUT-OF-STATE ORDER** accompanies this response to citation, along with the **NOTICE OF MOTION AND MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND IMPROPER VENUE, OR, IN THE ALTERNATIVE, TO TRANSFER VENUE.**

Respectfully

**Stacey Diane Sartor**, mother and primary conservator

NOTICE: THIS DOCUMENT

CONTAINS SENSITIVE DATA

NO. 83894

IN THE INTEREST OF

A.S. AND J.S.

CHILDREN

**DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND IMPROPER VENUE, OR, IN THE ALTERNATIVE, TO TRANSFER VENUE**

TO PLAINTIFF JASON TRAVIS SARTOR AND ATTOURNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on November 20, 2014, Stacey Diane Sartor will move to dismiss the motion of Jason Travis Sartor on the grounds that the county in which he filed lacks personal jurisdiction and the venue is improper.

The motion will be based on this Notice, the attached Memorandum of Points and Authorities.

This motion is made in a timely response to the aforementioned Family Law Citation.

By: Stacey Diane Sartor

# MEMORANDUM OF POINTS AND AUTHORITIES

1.  The non-custodial parent requesting modification of out-of-state order is a New York resident, as mentioned in the attached court ordered divorce decree, section 13. Real Property Division, stating that Jason Travis Sartor's legal home of record is 306 Flower Ave E., Watertown, New York 13601, and that is where he shall return after relief of military duty in Fort Riley, Kansas.

2.  Jason Travis Sartor and spouse Stephanie Sartor have stated that they never intend to return to Texas in the relief of his duties to the military.

3.  Lamar County is not home to Jason Travis Sartor, nor his place of birth, nor the place of birth or residency to any of the minor children in reference to this case

4.  Stacey Diane Sartor, the custodial parent with shared minor children of Jason Travis Sartor resides at 3201 Kari Ln, Apt 512, Greenville, Tx 75402, and has lived here for a period greater than 6 months.

5.  The minor children have never resided in the county of Lamar.

6.  Original home state jurisdiction is New York, the place of birth of Jason Ryan Sartor, and the location of shared realty with Jason Travis Sartor, Stacey Diane Sartor, and minor children during the divorce proceedings.

7.  Hunt County is the proper venue for any further proceedings to this case, for that is the legal residency of the minor children.

8.  Any further information on this case should be run by myself, Stacey Diane Sartor, residing at 3201 Kari Ln. Apt 512, Greenville, Tx 75402.

Respects,
Stacey Diane Sartor

I HEREBY CERTIFY THAT THE AFORESAID IS A TRUE
AND CORRECT COPY ON FILE OR OF RECORD IN THE
6th JUDICIAL DISTRICT COURT, LAMAR CO., TX
SIGNED AND SEALED THIS 4 DAY OF June
2015 A.D.
SHAWNTEL GOLDEN, DISTRICT CLERK
BY: _____ DEPUTY

NOTICE: THIS DOCUMENT
CONTAINS SENSITIVE DATA

## NO. 83894

| | | |
|---|---|---|
| IN THE INTEREST OF | § | IN THE DISTRICT COURT |
| | § | |
| A.N.S. AND J.R.S. | § | 6TH JUDICIAL DISTRICT |
| | § | |
| CHILDREN | § | LAMAR COUNTY, TEXAS |

### ORDER DENYING MOTION TO TRANSFER

On March 20, 2015 the Court heard the Motion to Transfer filed by Stacey Diane Sartor.

The Court, after considering the pleadings and hearing the evidence and argument of counsel, finds that the Motion to Transfer should be denied.

SIGNED on _May 5, 2015_ .

_____
JUDGE PRESIDING

I HEREBY CERTIFY THAT THE AFORESAID IS A TRUE
AND CORRECT COPY ON FILE OR OF RECORD IN THE
_10th_ JUDICIAL DISTRICT COURT, LAMAR CO., TX
SIGNED AND SEALED THIS _4_ DAY OF _June_
_2015_ A.D.
SHAWNTEL GOLDEN, DISTRICT CLERK
BY: _Kristen Dahler_ DEPUTY